**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL CANFIELD**<br><br>                    **Plaintiff**<br><br>                    **v.**<br><br>**MOVIE TAVERN, INC.**<br><br>                    **Defendant.** | **CIVIL ACTION**<br><br>**NO. 13-cv-03484** |

<u>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**</u>

          **AND NOW**, this 12th day of December 2013, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (D.E. No. 8), and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion (D.E. No. 10), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

                              **BY THE COURT:**

                              **/s/ Michael M. Bayslon**
                              _____
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-3484 canfield v. movie tavern\13-cv-3484 Order Denying D's Mot to Dismiss.docx